FILED IN CHAMBERS
11-1-05
Luther D Thomas, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 1:04-CR-376-03-CAP |
| | : | |
| ALEJANDRO FLORES | : | |

### ORDER

The Government's Motion For Defense Response To 21 U.S.C. § 851 Notice, having been read and considered, the Court finds that:

On June 3, 2005, pursuant to 21 U.S.C. § 851, the Government filed an amended notice that the defendant is subject to the enhanced sentencing provisions of Title 21, United States Code, Sections 841(b)(1)(A), 846, and 851. In that notice, the Government alleged that the defendant, Alejandro Flores:

1) on or about April 1, 2002, in the Circuit Court of Pearl River County, State of Mississippi, was duly convicted of the offense of possession of a controlled substance, case number K2000-621E, and received a sentence of eight (8) years; and

2) the said defendant, on or about January 28, 1992, in the United States District Court for the Southern District of Texas, was duly convicted of violating 21 U.S.C. § 841, in case number 7:91-CR-220, and was sentenced to 51 months imprisonment.

The Court is required to inquire of the defendant whether he

affirms or denies that he has been previously convicted as alleged in the information, and to inform him that any challenge to a prior conviction which is not made before sentence is imposed may not thereafter be raised to attack the sentence. See 21 U.S.C. § 851(b).

If the defendant denies any allegation of the information of prior conviction, or claims that the conviction is invalid, the defendant shall file a written response to the information. See 21 U.S.C. § 851(c).

WHEREFORE, IT IS ORDERED AND ADJUDGED THAT:

Within seven (7) days of the date of this Order, the defendant shall file a written response affirming or denying that he has been previously convicted as alleged in the information and, if the defendant challenges the validity of the prior conviction, setting forth such claim and the factual basis therefore, with particularity, in accordance with 21 U.S.C. 851(c).

SO ORDERED this __1__ day of _November_ 2005.

_____
CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE

Prepared and presented by:

_____
BYUNG J. PAK
ASSISTANT UNITED STATES ATTORNEY